██ PETER E. BISSELL et al., Respondents, v TOWN OF AMHERST, Appellant and Third-Party Plaintiff. McGONIGLE & HILGER ROOFING COMPANY, Third-Party Defendant-Appellant. (Appeal No. 1.) PETER E. BISSELL et al., Respondents, v TOWN OF AMHERST, Appellant and Third-Party Plaintiff-Respondent. McGONIGLE & HILGER ROOFING COMPANY, Third-Party Defendant-Appellant. (Appeal No. 2.) PETER E. BISSELL et al., Plaintiffs, v TOWN OF AMHERST, Defendant and Third-Party Plaintiff-Respondent. McGONIGLE & HILGER ROOFING COMPANY, Third-Party Defendant-Appellant. (Appeal No. 3.) PETER E. BISSELL et al., Plaintiffs, v TOWN OF AMHERST, Defendant and Third-Party Plaintiff-Respondent. McGONIGLE & HILGER ROOFING COMPANY, Third-Party Defendant-Appellant. (Appeal No. 4.) [873 NYS2d 230]—Motions for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present— Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEMAR TURNER, Appellant. [873 NYS2d 230]—Motion for reargument and leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.

██ JOAN HASTINGS-DOVE et al., Respondents, v BRIAN W. HACKFORD et al., Appellants. (Action No. 1.) JENNIFER A. TURNER, Appellant, v BRIAN W. HACKFORD, Respondent. (Action No. 2.) [873 NYS2d 230]—Motions for reargument denied. Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM LIGGINS, Appellant. [873 NYS2d 229]—Motion to amend the memorandum and order of this Court denied. Present— Scudder, P.J., Martoche, Peradotto and Green, JJ.

██ FIRST PRESBYTERIAN CHURCH OF OAKFIELD, Appellant, v PRESBYTERY OF GENESEE VALLEY OF THE PRESBYTERIAN CHURCH (USA) ("PC[USA]"), Respondent. [873 NYS2d 229]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Peradotto and Green, JJ.

██ In the Matter of EDWARD W. GUZDEK, JR., as President of Amherst Police Club, Inc., et al., Respondents, v SATISH MOHAN, as Supervisor, Town of Amherst, Appellant, and TOWN OF AMHERST, Respondent, et al., Respondent. [873 NYS2d 229]— Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Centra, Fahey and Green, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY COMFORT, Appellant. [873 NYS2d 230]—Motion for reargu-